**Order entered November 7, 2018**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-18-00310-CR
No. 05-18-00530-CR
No. 05-18-00531-CR
No. 05-18-00532-CR
No. 05-18-00533-CR
No. 05-18-00534-CR

**BLAKE ANTHONY ERVIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause Nos. F17-71200-L, F17-40081-L,
F17-71199-L, F17-75838-L, F17-75876-L & F17-75942-L

## ORDER

These appeals are **REINSTATED**.

By order issued October 16, 2018, the Court permitted Dianne Jones McVay to withdraw as counsel for appellant. These appeals were abated to allow the trial court to appoint new counsel. The trial court has filed a supplemental clerk's record showing the appointment of Ronald Goranson as appellant's new counsel.

We **DIRECT** the Clerk to **SUBSTITUTE** Ronald Goranson as counsel for appellant. All future correspondence should be sent to Ronald Goranson; 3838 Oak Lawn Ave., Suite 1124;

Dallas Texas 75219-4520; telephone: (214) 651-1122; facsimile: (214) 871-0620; email: rlgatty@aol.com.

Appellant's brief shall be filed on or before **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
         JUSTICE